**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VIDAL GARCIA-MARTINEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2307-KC** |
| | § | |
| **DAVID VENTURELLA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Vidal Garcia-Martinez's Petition for a Writ of Habeas Corpus, ECF No. 1. On September 18, 2026, the Court ordered Respondents by no later than September 25, 2026, to either (1) provide Garcia-Martinez with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Sep. 18, 2026, Order 4, ECF No. 6. Respondents now inform the Court that, on September 25, 2026, an IJ ordered Garcia-Martinez released from custody on bond. Status Report, ECF No. 5; *see id*. Ex. A ("IJ Order"), ECF No. 5-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Sep. 18, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 28th day of September, 2026.**

Kathleen Cardone

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE